I respectfully dissent because, under our established law, a trial court should not inflict the drastic sanction of dismissal with prejudice for a party's missing a nonjurisdictional deadline unless the party's default in that regard is willful or contumacious. Burdeshaw v. White, 585 So.2d 842 (Ala. 1991);Weatherly v. Baptist Medical Center, 392 So.2d 832 (Ala. 1981);Smith v. Wilcox Bd. of Educ., 365 So.2d 659 (Ala. 1978); Coulterv. Stewart, 726 So.2d 726 (Ala.Civ.App. 1999); and Ryder Int'lCorp. v. State, 439 So.2d 162 (Ala.Civ.App. 1983). The facts of the case before us do not support a finding of willful or contumacious conduct by these plaintiffs and therefore do not support the drastic sanction of dismissal with prejudice.